U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 0 2009

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TOMMY FOSTER, JR. | CIVIL ACTION NO. 08-1587 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA, ET AL. | MAG. JUDGE KAREN L. HAYES |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 5], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Tommy Foster, Jr.'s Civil Rights Complaint [Doc. No. 1] be construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Tommy Foster, Jr.'s petition for writ of habeas is DISMISSED WITHOUT PREJUDICE for failure to exhaust available state court remedies.

IT IS FURTHER ORDERED that Tommy Foster, Jr.'s motion for bond [Doc. No. 4] is DENIED AS MOOT.

MONROE, LOUISIANA, this 20 day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE